IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TONISA TORRES,

                Petitioner(s),

    v.

STATE OF OREGON,

                Respondent(s).

Civil No. 03:21-cv-00400-JR

**ORDER OF DISMISSAL**

IT IS ORDERED that Petitioner's unopposed Motion for Voluntary Dismissal [32] is GRANTED and this action is DISMISSED. Pending motions, if any, are DENIED AS MOOT.

Dated this 27th day of October, 2022.

                by   /s/ Jolie A. Russo
                     Jolie A. Russo
                     United States Magistrate Judge